2002–0555.   Nwabara v. Willacy.

Cuyahoga App. Nos. 79416 and 79717, 2002-Ohio-1279. On motion for immediate stay of municipal court judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

2002–0150.   Ohio Civ. Rights Comm. v. Countrywide Home Loans, Inc.

Lucas App. No. L–01–1285. On discretionary appeal and motion for admission pro hac vice of J. Englander, F. Snyder, J. Brown, D. Schumacher, and D. Moss by G.J. Conklin. Appeal allowed and motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

2002–0164.   Roberts v. Allstate Ins. Co.

Butler App. No. CA2001–06–133, 2001-Ohio-8637.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

2002–0285.   Roman v. Estate of Gobbo.

Cuyahoga App. No. 79119.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.